| | |
|---|---|
| 1 | Brian Hennessy (SBN 226721) |
|   | E-mail: BHennessy@perkinscoie.com |
| 2 | **Perkins Coie LLP** |
|   | 101 Jefferson Drive |
| 3 | Menlo Park, CA 94025-1114 |
| 4 | Telephone: (650) 838-4300 |
|   | Facsimile: (650) 838-4350 |

RECEIVED
NOV - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac pending*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No. CV 08 5064 WDB |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Kevin Mesiab d/b/a ezadsuite.com; EasyAd, LLC, an Idaho limited liability company; and Does 1 through 25, inclusive, | |
| Defendants. | |

Elizabeth L. McDougall, an active member in good standing of the bar of the State of Washington whose business address and telephone number is 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099, (206) 359-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing craigslist, Inc..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1
2  *vice*. Service of papers upon and communication with co-counsel designated in the application
3  will constitute notice to the party. All future filings in this action are subject to the requirements
4  contained in General Order No. 45, *Electronic Case Filing*.
5  Dated: 11/10/08                         _____
                                            United States District/Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28