IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC., | No. C 08-5064 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFERENCE** |
| KEVIN MESIAB, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's not-yet-filed motion for default judgment. Accordingly, Plaintiff shall file its motion with a noticed hearing date pursuant to Civil Local Rule 7 on any Thursday at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Defendants have not filed an opposition within the time permitted under Rule 7, Plaintiff shall file (within the time permitted to file a reply) detailed proposed findings of fact and conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge

with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

Plaintiff shall serve this order upon all other parties in this action.  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: April 6, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

2