IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>KEVIN MESIAB, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 08-5064 CW (MEJ)<br><br>**ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

    Plaintiff craigslist's Motion for Default Judgment (Dkt #36) is currently scheduled for a hearing on June 11, 2009. The Court hereby CONTINUES the hearing to June 25, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The original briefing scheduling shall not be altered.

    Plaintiff shall serve this Order upon all defendants.

**IT IS SO ORDERED.**

Dated: May 28, 2009

                                                      MARIA-ELENA JAMES<br>                                                      United States Magistrate Judge

2