**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| craigslist, Inc., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Kevin Mesiab d/b/a ezadsuite.com; EasyAd Suite LLC, an Idaho limited liability company; and Does 1 through 25, inclusive,<br><br>    Defendant.<br>_____/ | No. C 08-5064 CW (MEJ)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

   In preparation for oral argument on Plaintiff's Motion for Default Judgment set for hearing on Thursday, June 25, 2009, the Court **ORDERS** Plaintiff to submit supplemental briefing on the following issues:

1. The legal basis and factual support for this Court's personal jurisdiction over Defendants Mesiab and EasyAd LLC.
2. The factual allegations substantiating Plaintiff's Cal. Pen. Code § 502(c) claim.
3. Plaintiff's claims for damages. Specifically, Plaintiff should brief the court further on evidence that substantiates its claim for profits under the Lanham Act and the Copyright Act, and further legal support for its claim for Defendants' ad expenses as actual damages. Plaintiff should also brief the court on its request for bifurcation

/ / /

and further discovery on damages and advise what further discovery Plaintiff would seek.

Plaintiff shall file its supplemental brief by **9:00am, Tuesday, June 23, 2009**.

**IT IS SO ORDERED.**

Dated: June 19, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2