Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

[GRANTED — Judge Maria-Elena James]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Kevin Mesiab d/b/a ezadsuite.com; EasyAd, LLC, an Idaho limited liability company; and Does 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | **Case No. CV 08 5064 CW (MEJ)**<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF CRAIGSLIST, INC.'S MOTION FOR (1) DEFAULT JUDGMENT AWARDING DAMAGES AGAINST DEFENDANTS KEVIN MESIAB D/B/A/ EZADSUITE.COM AND EASYAD LLC; AND (2) MOTION TO AMEND JUDGMENT TO ADD MESIAB LABS LLC AS A JUDGMENT DEBTOR**<br><br>Dept.　　Courtroom B, 15th Fl.<br>Before:　Honorable Maria-Elena James |

WHEREAS, on May 4, 2010, Plaintiff filed its motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor,

WHEREAS, on May 27, 2010, Plaintiff filed a supplemental declaration regarding attorneys' fees and costs,

WHEREAS, on June 23, 2010, Defendants requested and on June 24, 2010, the Court granted Defendants' request to continue the hearing on the motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor,

WHEREAS, on July 1, 2010, Defendants filed their response to Plaintiff's motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC; and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor,

WHEREAS, the parties agreed in writing to extend the time to July 29, 2010, for Plaintiff to file its reply to Defendants' response to its motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor,

WHEREAS, the parties agreed in writing to continue the hearing on the motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor to August 12, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

NOW, THEREFORE, the parties stipulate and agree as follows:

1.  Plaintiff craigslist, Inc. will file its reply to Defendants' response to its motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor on or before July 29, 2010; and

2. The hearing on the motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor is continued to August 12, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED: July 13, 2010  **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Elizabeth L. McDougall (WA Bar No. 27026)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED: July 13, 2010

By: /s/ Christopher J. Kemper
Christopher J. Kemper (SBN 200050)
christopherjkemper@yahoo.com

Attorney for Defendants Kevin Mesiab and EasyAd LLC.

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 13, 2010  **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.