1 | Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
2 | **Perkins Coie LLP**
101 Jefferson Drive
3 | Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
4 | Facsimile: (650) 838-4350

5 | Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
6 | **Perkins Coie LLP**
1201 Third Avenue, Suite 4800
7 | Seattle, Washington 98101-3099
Telephone: (206) 359-8000
8 | Facsimile: (206) 359-9000

9 | Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Kevin Mesiab d/b/a ezadsuite.com; EasyAd, LLC, an Idaho limited liability company; and Does 1 through 25, inclusive,<br><br>Defendants. | **Case No. CV 08 5064 CW (MEJ)**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR PHONE CONFERENCE**<br><br>Dept.     Courtroom 2, 4th Fl.<br>Before:  Honorable Claudia Wilken |

WHEREAS, on July 30, 2010, the parties received notice that the court had scheduled an a Case Management Conference for October 12, 2010, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612;

WHEREAS, on September 22, 2010, the parties received notice that the court had scheduled an ADR Phone Conference for October 7, 2010, at 10:30 a.m.;

WHEREAS, Default was entered against all Defendants in this action on March 30, 2009;

WHEREAS, this Court entered an Order establishing the liability of Defendants on all claims and entered a permanent injunction against Defendants on October 19, 2009;

WHEREAS, after further discovery, Plaintiff craigslist, Inc. ("craigslist") filed a motion for (1) default judgment awarding damages against Defendants Kevin Mesiab d/b/a/ Ezadsuite.com and EasyAd LLC, and (2) motion to amend judgment to add Mesiab Labs LLC as a judgment debtor (the "Default Damages Motion"), and the parties fully briefed these issues;

WHEREAS, on August 12, 2010, Magistrate Judge Maria-Elena James heard oral argument from the parties on the Default Damages Motion;

WHEREAS, Magistrate Judge Maria-Elena James took the matter under advisement and the parties are awaiting her report and recommendation on the Default Damages Motion;

WHEREAS, the parties believe that there are no issues to address by ADR Phone Conference on October 7, 2010, or at a Case Management Conference on October 12, 2010; and

WHEREAS, the parties agree to continue the ADR Phone Conference and the Case Management Conference while awaiting the report and recommendation by Magistrate Judge Maria-Elena James on the Default Damages Motion.

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The Case Management Conference is continued from October 12, 2010, at 2:00 p.m., to January 18, 2011, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94612; and

2
CASE NO. CV 08-05064 CW (MEJ)
STIPULATION
40753-0043/LEGAL19296789.1

2. The ADR Phone Conference is continued from October 7, 2010, at 10:30 a.m., to January 13, 2011, at 10:30 a.m.

DATED: October 5, 2010           **PERKINS COIE LLP**

By: /s/ Brian Hennessy
   Brian Hennessy (SBN 226721)
   BHennessy@perkinscoie.com
   Elizabeth L. McDougall (WA Bar No. 27026)
   EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED: October 5 , 2010

By: /s/ Christopher J. Kemper
   Christopher J. Kemper (SBN 200050)
   christopherjkemper@yahoo.com

Attorney for Defendants Kevin Mesiab and EasyAd LLC.

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 5, 2010           **PERKINS COIE LLP**

By: /s/ Brian Hennessy
   Brian Hennessy (SBN 226721)
   BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

IT IS SO ORDERED
*[signature]*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
CASE NO. CV 08-05064 CW (MEJ)
STIPULATION

40753-0043/LEGAL19296789.1