**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN MESIAB dba EZADSUITE.COM; EASY AD, LLC,<br><br>　　　　Defendants.<br>_____/ | No. C 08-5064 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT AWARDING DAMAGES AGAINST DEFENDANTS AND TO AMEND JUDGMENT TO ADD MESIAB LABS LLC AS JUDGMENT DEBTOR |

　　　The Court has reviewed Magistrate Judge James' Report and Recommendation Re Motion for Default Judgment Awarding Damages Against Defendants and to Amend Judgment to Add Mesiab Labs, LLC as Judgment Debtor.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Mesiab Labs is added as a judgment debtor.  Accordingly,

　　　IT IS HEREBY ORDERED that is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 12/20/2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge